UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>     )<br>v. )<br>     )<br>RYAN TAYLOR FAIRCLOTH, )<br>BOOKING # 2117173, )<br>        Defendant. ) | CRIMINAL NO.: 1:21-MJ-827 |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the _____ day of _____, 2021; that the Defendant is incarcerated and is now in the custody of the Travis County Jail, 500 W 10th St Austin, TX 78701.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Jail, commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on _____, 2021, at _____ A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: /s/G. Karthik Srinivasan
G. Karthik Srinivasan
ASSISTANT U.S. ATTORNEY
903 San Jacinto Blvd, Suite 334
Austin, Texas   78701
(512)916-5858 (office)
(512)916-5854 (fax)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )   CRIMINAL NO.: 1:21-MJ-827<br>) |
| RYAN TAYLOR FAIRCLOTH,<br>BOOKING # 2117173,<br>        Defendant. | )<br>)<br>) |

ORDER FOR ISSUANCE OF WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America, representing that this cause is set for hearing in Austin, Texas, on _____, 2021; that the Defendant is now incarcerated, and in the custody of the Travis County Jail, 500 W 10th St Austin, TX 78701, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Travis County Jail, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Austin, Texas, at _____ A.M., on _____, 2021, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said Defendant to the custody of the United States Marshal's Service.

SIGNED and ENTERED at Austin, Texas, this ____ day of _____, 2021.

 

_____
UNITED STATES DISTRICT JUDGE